```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 22323
   JAYSON E KNAZUR
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-3062


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/10/04 and confirmed on 09/07/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $    9325.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
ARGENT HEALTHCARE FIN SE   UNSECURED      NOT FILED          .00           .00
ASPIRE VISA                UNSECURED         718.57          .00        537.00
CAPITAL ONE FINANCIAL      UNSECURED         860.09          .00        642.76
ECAST SETTLEMENT CORPORA   UNSECURED        1961.80          .00       1466.10
ECAST SETTLEMENT CORPORA   UNSECURED        1225.71          .00        916.00
CAPITAL ONE FINANCIAL      UNSECURED         307.84          .00        230.05
ECAST SETTLEMENT CORPORA   UNSECURED        2923.01          .00       2184.42
PREMIER BANKCARD/CHARTER   UNSECURED         399.39          .00        298.47
GC SERVICES                UNSECURED      NOT FILED          .00           .00
CAPITAL ONE FINANCIAL      UNSECURED         936.95          .00        700.20
TRUSTMARK RECOVERY SRV     UNSECURED      NOT FILED          .00           .00
UNITED RECOVERY SYSTEMS    UNSECURED      NOT FILED          .00           .00
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00      9333.36        .00       9333.36
PRINCIPAL PAID          .00          .00      6975.00        .00       6975.00
INTEREST PAID           .00          .00          .00        .00           .00
TOTAL PAID              .00          .00      6975.00        .00       6975.00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    2200.00
and was paid $    294.80   direct and $    1905.20   through the plan.

The Trustee received $     397.59 .

Refunds to the Debtor totaled $       47.21 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 06/23/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```